UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GEORGE W. CARLISLE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:06-CV-677 CAS |
| | ) | |
| CITIMORTGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on plaintiff's Motion to Join Party Citigroup Technology, Inc. By order dated May 24, 2007, the Court granted plaintiff thirty (30) days to move to join and file proof of service upon Citigroup Technology, Inc. Upon further review of the complaint, the Court notes that the complaint does not allege a cause of action against Citigroup Technology, Inc., and therefore merely joining Citigroup Technology, Inc. as a party would be inadequate to state a claim against that party. The court notes, however, that the Right to Sue letter attached to the complaint identifies the position of "Network Analyst-05001070" as a position for which plaintiff applied but was not hired due to alleged unlawful discrimination. Based on the representations of CitiMortgage, Inc. this position was with Citigroup Technology, Inc.

For these reasons, the Court will deny plaintiff's Motion to Join Citigroup Technology, Inc. without prejudice, as plaintiff must seek leave to file an amended complaint that clearly and concisely states his causes of action against Citigroup Technology, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to join Citigroup Technology, Inc. is **DENIED without prejudice**. [Doc. 28]

**IT IS FURTHER ORDERED** that plaintiff shall file a motion for leave to amend the complaint, together with a proposed amended complaint submitted as an attachment to the motion for leave within thirty (30) days of the date of this order. The proposed amended complaint must clearly and concisely state all of plaintiff's claims against defendant Citigroup Technology, Inc. The proposed amended complaint should only include plaintiff's claims against defendant Citigroup Technology, Inc. as the Court has ordered plaintiff's claims against CitiMortgage, Inc. to be arbitrated.

**IT IS FURTHER ORDERED** that if plaintiff does not comply fully and timely with this order, this matter will be dismissed without prejudice.

*[signature]*

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of July, 2007.